UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LI XIE, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                    Defendants. | CASE NO. 2:23-cv-1513<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court GRANTS the parties' Stipulation to Stay the Case. This case is stayed until February 13, 2024. The parties must file a joint status report on or before February 13, 2024, updating the Court about the status of the litigation.

Dated this 8th day of December 2023.

Ravi Subramanian
Clerk
*/s/ Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 1