District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LI XIE, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-1513-JNW<br><br>STIPULATION AND ORDER TO STAY CASE<br><br>Note on Motion Calendar:<br>February 8, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until March 13, 2024.  Plaintiffs bring this litigation pursuant to the Mandamus Act and Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485s, Applications to Register Permanent Residence or Adjust Status.  Dkt. No. 1.  There is good cause to continue to stay the litigation as a resolution of this matter without further litigation is likely.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATION AND ORDER
TO STAY
2:23-cv-1513-JNW
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS has approved Plaintiffs' Form I-485s. Plaintiffs' lawful permanent resident cards are being produced and will be sent to Plaintiffs within the next few weeks. Plaintiffs will voluntarily dismiss this litigation with each party to bear their own attorneys' fees and costs once their cards arrive. Accordingly, the parties respectfully request that this Court stay this litigation and allow them to file a joint status report on or before March 13, 2024.

Stipulated to and presented this 8th day of February, 2024.

| | |
|---|---|
| *s/ Cletus Martin Weber* <br> CLETUS MARTIN WEBER, WSBA #19590 <br> Peng & Weber PLLC <br> 3035 Island Crest Way, Ste. 200 <br> Mercer Island, WA 98040 <br> Phone: 206-382-1962 <br> Email: weber@greencardlawyers.com <br><br> *Counsel for Plaintiffs* | TESSA M. GORMAN <br> United States Attorney <br><br> *s/ Michelle R. Lambert* <br> MICHELLE R. LAMBERT <br> NYS #4666657 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 1201 Pacific Ave., Ste. 700 <br> Tacoma, WA 98402 <br> Phone: 253-428-3824 <br> Email: michelle.lambert@usdoj.gov <br><br> *Counsel for Defendants* |

STIPULATION AND ORDER
TO STAY
2:23-cv-1513-JNW
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This case is stayed until March 13, 2024. The parties will file a joint status report on or before March 13, 2024.

DATED this 8th day of February 2024.

_____
Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER
TO STAY
2:23-cv-1513-JNW
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970